## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EASTMAN OUTDOORS, INC.

           Plaintiff(s),

CASE NUMBER: 05-74015

HON. MARIANNE O. BATTANI

v.

ARCHERY TRADE ASSOCIATION, ET AL

           Defendant(s).

_____/

## JUDGMENT

Pursuant to an Order entered in this case Dated June 6 , 2006, granting Motion to Dismiss (Doc. 25), and granting in part and denying in part Motion to Dismiss (Doc. 4), for defendants' in the above matter, and Defendant having filed Motion for Entry of Judgment(Doc. 35), and Plaintiff not having filed a response, therefore;

JUDGMENT is hereby entered Nunc Pro Tunc to June 6, 2006 for defendants' and the above matter is DISMISSED.

Entered this 20TH Day of July, in Detroit, Michigan.

                                      s/Marianne O. Battani
                                      MARIANNE O. BATTANI
                                      UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF MAILING

I certify that a copy of this order and judgment was served upon counsel of record on this date by ordinary mail and/or electronic filing.

                                      s/Bernadette Thebolt
                                      Case Manager